No. D–1264. IN RE DISBARMENT OF CLARK. Disbarment entered. [For earlier order herein, see 508 U. S. 904.]

No. D–1265. IN RE DISBARMENT OF ELLSWORTH. Disbarment entered. [For earlier order herein, see 508 U. S. 904.]

No. D–1266. IN RE DISBARMENT OF PARIS. Disbarment entered. [For earlier order herein, see 508 U. S. 904.]

No. D–1270. IN RE DISBARMENT OF GUBBINS. Disbarment entered. [For earlier order herein, see 508 U. S. 936.]

No. D–1277. IN RE DISBARMENT OF GOLDBERG. It is ordered that Robert P. Goldberg, of Honolulu, Haw., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1278. IN RE DISBARMENT OF RAPP. It is ordered that John Joseph Rapp, of Honolulu, Haw., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1279. IN RE DISBARMENT OF PIPKINS. It is ordered that Richard Lloyd Pipkins, of Las Vegas, Nev., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1280. IN RE DISBARMENT OF WOOD. It is ordered that George F. Wood, of Sanford, Me., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1281. IN RE DISBARMENT OF BEAR. It is ordered that F. James Bear, of National City, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.